IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00296-CMA-KMT

DIRECTV, LLC, a California limited liability company,

    Plaintiff,

v.

CHRISTOPHER ALLAN HEBRANK,
a/k/a Chris Hebrank, Individually and as officer, director, shareholder,
and/or principal of No Anchovies, Inc., d/b/a Pisa's Pizza & Pasta a/k/a Pisa's, and
NO ANCHOVIES, INC., d/b/a PISA'S PIZZA & PASTA, a/k/a Pisa's,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

    This matter is before the Court on Plaintiff's Status Report and Notice of Settlement (Doc. # 12). The Court having reviewed the Status Report, and being otherwise advised, hereby ORDERS:

    1.    Pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action, subject to reopening for good cause based on non-compliance with the settlement agreement.

    2.    Within 14 days from the completion of the terms of said settlement agreement, **OR by September 30, 2013,** whichever occurs first, Plaintiff is DIRECTED to either file appropriate dismissal papers with the Court based on completion of the settlement, or, alternatively, file an appropriate motion to reopen this matter based on the failure of Defendant to comply with the conditions of settlement.

IT IS FURTHER ORDERED that the scheduling conference before Magistrate Judge Tafoya, set for May 9, 2014, at 10:00 AM, is VACATED.

DATED:  March   20   , 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge